DISPOSITION OF PETITIONS FOR DISCRETIONARY REVIEW UNDER G.S. 7A-31

07 NOVEMBER 2013

| 392P13 | State v. Robert T. Walston, Sr. | 1. State's Motion for Temporary Stay (COA12-1377) | 1. Allowed **09/09/13** |
| | | 2. State's Petition for *Writ of Supersedeas* (COA12-1377) | 2. |
| | | 3. State's PDR Under N.C.G.S. § 7A-31 | 3. |
| 393P13 | Stave v. Barry Butler | 1. Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of COA (COAP13-359) | 1. Dismissed |
| | | 2. Def's *Pro Se* Motion to Appoint Counsel | 2. Dismissed as Moot |
| 394P06-2 | State v. Roy Charles Thompson | Def's *Pro Se* Petition for *Writ of Certiorari* to Review Order of COA (COAP13-694) | Dismissed |
| 397P13 | State v. Kenneth Shawn Lunsford | Def's PDR Under N.C.G.S. § 7A-31 (COA13-94) | Denied |
| 399P13 | Ted B. Lockerman, Administrator D/B/N of the Estates of Ellen Dudley Spell, Deceased, and Sulie Daniels Spell, Deceased, on Behalf of the Estates and on Behalf of All Others Similarly Situated v. South River Electric Membership Corporation, a North Carolina Electric Membership Cooperative | Plt's PDR Under N.C.G.S. § 7A-31 (COA12-1450) | Denied |
| 401A13 | Riggings Homeowners, Inc. v. Coastal Resources Commission of the State of North Carolina | 1. Respondent's NOA Based Upon a Dissent | 1. - - - |
| | | 2. Respondent's Motion for Temporary Stay | 2. Allowed **09/11/2013** |
| | | 3. Respondent's Petition for *Writ of Supersedeas* | 3. Allowed **09/11/2013** |
| | | 4. Respondent's PDR as to Additional Issues | 4. |